**FILED**

JUN 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _VNH_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>ONLINE DATALINK COMPUTER, INC., a California corporation; and HIEN HO, an individual,<br><br>            Defendants. | Case No. 07-cv-01165-WQH-CAB<br><br>**ORDER FOR PERMANENT INJUNCTION AGAINST DEFENDANTS ONLINE DATALINK COMPUTER, INC.** |

GOOD CAUSE HAVING BEEN SHOWN THEREFORE, IT IS HEREBY ORDERED that Defendant ONLINE DATALINK COMPUTER, INC., a California corporation, and its agents, servants, employees, representatives, successors and assignees, and all those acting in concert or participation with it shall be, and hereby are, PERMANENTLY ENJOINED and restrained from:

(a) imitating, copying, or making any other counterfeit distribution of software programs, components, end user license agreements ("EULAs"), Certificates of Authenticity ("COAs") or items protected by Microsoft's registered trademarks and service marks, including, but not limited to, the following Trademark and/or Service Mark Registration Numbers:

(1) 1,200,236 ("MICROSOFT");
(2) 1,256,083 ("MICROSOFT");
(3) 1,872,264 ("WINDOWS");
(4) 2,744,843 (COLORED FLAG DESIGN);
(5) 1,475,795 ("POWERPOINT");
(6) 1,741,086 ("MICROSOFT ACCESS");
(7) 2,188,125 ("OUTLOOK");
(8) 2,999,281 (COLOR FOUR SQUARE LOGO)

or the software programs, components, EULAs, COAs, items or things protected by the following Certificate of Copyright Registration Numbers:

(1) TX 5-407-055 ("Windows XP Professional");
(2) TX 5-837-617 ("Office Professional 2003");
(3) TX 5-837-636 ("Office Excel 2003");
(4) TX 5-900-087 ("Office Outlook 2003");
(5) TX 5-852-649 ("Office PowerPoint 2003");
(6) TX 5-837-618 ("Publisher 2003");
(7) TX 5-900-088 ("Office Word 2003");
(8) TX 5-877-513 ("Business Contact Manager for Outlook 2003");
(9) TX 5-901-713 ("Office Access 2003")

1  or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

2      (b)    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software programs, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

    (c)    using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

    (d)    using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

    (e)    using the names, logos, or other variations thereof of any of Microsoft's copyrights and/or trademark-protected software programs in any of Defendant's trade names;

    (f)    engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights, or constituting any dilution of Microsoft's name, reputation, or goodwill; and

/ / /

/ / /

/ / /

1     (g)     assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

**IT IS SO ORDERED.**

DATED: 6/17/08

HON. WILLIAM Q. HAYES
United States District Judge